IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANNY GARRISON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00348-TES-CHW |
| | * |
| LIEUTENANT SALAD, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated October 6, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall also recover costs of this action.

This 8th day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk