# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DANNY GARRISON,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:23-CV-00348 (TES) |
| **SERGEANT SALAD,** | ) |
| Defendant. | ) |

## ORDER TO PRODUCE STATE PRISONER
## FOR FEDERAL HEARING

TO:   RELEASES AND AGREEMENTS
      ATTENTION:  RHONDA TILLMAN
      GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **DANNY GARRISON, GDC1002005190,** presently incarcerated at the Hays State Prison in Trion, Georgia, for in the above-styled proceeding beginning at **10:30 a.m.** on the **4th day of December, 2025,** before the undersigned in Courtroom C on the first floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 18th day of November, 2025.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT